IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Clinton James Dennis, | ) ) ) | No.  CV-15-01840-PHX-SPL |
| Petitioner, | ) ) | **ORDER** |
| vs. | ) ) | |
| Charles L. Ryan, et al., | ) ) ) | |
| Respondents. | ) ) ) | |
| | ) | |

Before the Court is Petitioner Clinton James Dennis's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). The Honorable Deborah F. Fine, United States Magistrate Judge, has issued a Report and Recommendation ("R&R") (Doc. 18), recommending that the petition be denied as time-barred. Petitioner has filed an Objection (Doc. 19) and Declaration (Doc. 20) in response.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b)(1). It follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is

1   judicial economy). Further, a party is not entitled as of right to *de novo* review of

2   evidence or arguments which are raised for the first time in an objection to the R&R, and

3   the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d

4   615, 621-622 (9th Cir. 2000).

5        In his filings, Petitioner does not object to Magistrate Judge's finding that his

6   petition is barred by the statute of limitations. Nor does he point to any specific flaw in

7   the Magistrate Judge's analysis, much less makes any apparent reference to the R&R.

8   Rather, in his filings, Petitioner generally contends that due process demands his claims

9   be heard, he recites the facts of his case, and he criticizes the actions of various

10  individuals which he believes led to his convictions. This is insufficient to trigger *de novo*

11  review of findings in the R&R. *See Gutierrez v. Flannican*, 2006 WL 2816599, at *2 (D.

12  Ariz. Sept. 29, 2006) (where a Petitioner does not identify which of the Magistrate

13  Judge's findings he or she specifically disagrees with, the general objections to the R&R

14  "are tantamount to no objection at all."); *Thomas*, 474 U.S. at 149 (no review at all is

15  required for "any issue that is not the subject of an objection."). Therefore, finding

16  Petitioner has not filed a proper objection, and the Magistrate Judge's findings and

17  conclusions are well taken, the R&R will be adopted in full. Accordingly,

18        **IT IS ORDERED:**

19        1.    That Magistrate Judge Fine's Report and Recommendation (Doc. 18) is

20  **accepted** and **adopted** by the Court;

21        2.    That the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254

22  (Doc. 1) is **denied** and this action is **dismissed with prejudice**;

23        3.    That a certificate of appealability and leave to proceed *in forma pauperis* on

24  appeal are **denied** because dismissal of the Petition is justified by a plain procedural bar

25  and jurists of reason would not find the procedural ruling debatable; and

26  / / /

27  / / /

28  **/ / /**

1        4.       That the Clerk of Court shall **terminate** this action.

2        Dated this 30th day of January, 2017.

                                                  Honorable Steven P. Logan
                                                United States District Judge